**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00009-JAD-VCF |
| Plaintiff, | **ORDER** |
| vs. | ECF No. 151 |
| MONTRIE LEDFORD, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the Sentencing Hearing currently scheduled for March 8, 2022, be vacated and continued to April 19, 2022, at 2:00 p.m.

DATED this 17th day of February, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE