**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00009-JAD-VCF |
| Plaintiff, | **ORDER** |
| vs. | ECF No. 155 |
| MONTRIE LEDFORD, | |
| Defendant. | |

Based on the parties' stipulation, IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for April 19, 2022, be vacated and continued to June 1, 2022, at 2:00 p.m.

DATED this 15th day of April, 2022.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE